FILED
2012 Mar-30 PM 08:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| WILLIAM HENRY HARRIS, Jr, #240945 | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case #: 4:11-CV-1646-WMA-PMG ) |
| REGINALD RAMBO, et al. | ) ) |
| Defendants. | ) |

### AFFIDAVIT

| | |
|---|---|
| STATE OF ALABAMA | ) |
| JEFFERSON COUNTY | ) |

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama, personally appeared one Roderick Gadson, personally known to me and by me first duly sworn, deposes and says on oath as follows:

My name is Roderick Gadson, and I am presently employed as a Correctional Officer with the Alabama Department of Corrections at the William E. Donaldson Correctional Facility, Bessemer, Alabama. I am over twenty-one (21) years of age.

Page 1 of 5


EXHIBIT G

On February 17, 2011, at approximately 6:45 am, Correctional Officer Reginald Rambo, and I were removing inmates from their cells in H Block for segregation exercise walks. Officer Rambo and I approached cell H-16, assigned to inmate William Harris, Jr. I handcuffed inmate Harris' hands through the tray door opening behind his back and double locked the handcuffs. I then signaled for the Cubicle Operator, Correctional Officer Vicky King, to open inmate Harris' cell door. Inmate Harris then stepped back out of his cell, and I attempted to pat search him. While I was attempting to pat search inmate Harris, I felt a hard object, like an inmate-made knife, in inmate Harris' right jacket pocket. At this point inmate Harris jerked away from me, while pulling his right hand out of his handcuffs.

Officer Rambo observed a metal inmate-made knife approximately seven inches long by three-quarters of an inch wide and sharpened to a point, drop to the floor from Inmate Harris' jacket. He sprayed a one second burst of Aerosol Deterrent Spray (Sabre Red #D20) toward inmate Harris' facial area and then secured inmate Harris' knife in his pants pocket.

Officer Rambo and I gave inmate Harris, who was becoming more aggressive, several orders to lie down on his cell floor. Inmate Harris

ignored our orders and instead stepped toward us and refused to be handcuffed.

Office Rambo had to assist me as we tried to re-apply the handcuff to inmate Harris' right wrist while inmate Harris physically resisted our efforts, to the point of kicking Officer Rambo several times for which he, Officer Rambo, received medical treatment. To regain control of the situation, I had to apply a straight arm bar to inmate Harris and take him to the cell floor. Officer Rambo then radioed for a supervisor to come to the EFGH segregation unit. Lt. Felton arrived in response to the call for a supervisor.

Neither I nor Officer Rambo struck, beat, punched, kicked, stomped upon, slapped, pushed, dragged and/or mistreated inmate Harris as he has falsely alleged. And, except for ordering inmate Harris to lie on the floor and/or to be compliant, nothing else was said to inmate Harris. No threats were made to inmate Harris or about inmate Harris.

On March 2, 2011, as part of DOC's Correctional Emergency Response Team (CERT), Officer Rambo and I, among others, were assigned to conduct an institutional shake down in Donaldson's west side segregation unit. At no time did I search the top tier where inmate Harris' cell was located. Instead my search, and Officer Rambo's search, was limited to the bottom tier of this unit, some distance from inmate Harris'

cell. I had no contact with inmate Harris during this shake down, and did not enter inmate Harris' cell or get anywhere near his cell as he has falsely alleged. Furthermore, I saw and heard nothing to support anything inmate Harris has claimed with respect to the alleged March 2, 2011 incident.

I have not spit in inmate Harris' meals as he has alleged, nor have I harassed him or engaged in any kind of conspiracy or "act of guard brutality" towards him as inmate Harris has also falsely alleged. I have not been negligent toward inmate Harris, nor have I been deliberately indifferent toward him either.

Any allegations by inmate Harris of conspiracy or retaliation are also completely fabricated. I knew nothing about even the existence of inmate Harris' alleged lawsuit against Officer Haywood until inmate Harris referenced it in his lawsuit in which I am a named Defendant.

To the best of my knowledge, the aforementioned facts are true and correct. At no time did I violate Inmate William Henry Harris, Jr.'s constitutional or civil rights."

*Roderick Gadson*
RODERICK GADSON

STATE OF ALABAMA )

JEFFERSON COUNTY )

    SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS ___30___ DAY OF MARCH, 2012.

                                            *Crystal Bostick Harrell*
                                            NOTARY PUBLIC

My Commission Expires:    *Nov. 2, 2015*