UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| WILLIAM HENRY HARRIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 4:11-CV-1646-SLB-SGC |
| | ) |
| REGINALD RAMBO, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The court having been advised by counsel that the above-styled cause has been settled, it is **ORDERED** that this cause is hereby **DISMISSED** without prejudice to the right of any party to reopen the action within ninety (90) days, upon good cause shown, or to submit a stipulated form of final judgment.

**DONE** this 12th day of August, 2015.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE